UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Albert Kuperman

    v.          No. 06-fp-420

NH Department of Corrections

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $5.40 is due no later than January 15, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

This case has been assigned civil number 06-cv-420-JD.

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date: November 30, 2006

cc:    Nancy Sue Tierney, Esq.
        Bonnie S. Reed, Financial Administrator
        New Hampshire State Prison, Inmate Accounts