UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Albert Kuperman</u>

        v.                          06-cv-420-JD

<u>NH Department of Corrections, et al</u>

<u>O R D E R</u>

     I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 13, 2007, for the reasons stated therein, no objection having been filed.

     SO ORDERED.


March 14, 2007                        <u>/s/Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge


cc:   Nancy Tierney, Esq.
       Andrew Livernois, Esq.