UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Albert Kuperman

       v.                            06-cv-420-JD

Warden, NH State Prison

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 18, 2007, no objection having been filed, for the reasons stated therein.

    SO ORDERED.


May 11, 2007                            /s/Joseph A. DiClerico, Jr.
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge


cc:    Nancy Sue Tierney, Esq.
        Andrew Livernois, Esq.